

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 18-00996

Sheriff's Sale Date: _____

v.

ANNETTE L. LEVINE A/K/A ANNETTE LEVINE, ET AL,
Defendant (Respondent)

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANNETTE L. LEVINE A/K/A ANNETTE LEVINE the above process on the 10 day of May, 2018, at 12:30 o'clock, P.M, at 246 SOUTH LIME STREET QUARRYVILLE, PA 17566, County of Lancaster, Commonwealth of Pennsylvania;

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: JONATHAN HEISER
Relationship/Title/Position: SON
Remarks: _____
Description: Approximate Age 26-30  Height 5'8  Weight 200  Race WHITE  Sex MALE  Hair BLACK
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of Pa          )
                                  ) SS:
County of Berks                   )

Before me, the undersigned notary public, this day, personally, appeared ___Jeffrey Clohessy___ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-178293
Case ID #:5175203

Subscribed and sworn to before me
this __11__ day of __May__, 20__18__.

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021