## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff<br>v.<br><br>ANNETTE L. LEVINE a/k/a ANNETTE LEVINE<br>      Defendant | Civil Action No: 18-00996 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

  Kindly dismiss the above entitled action pursuant to F.R.C.P. 41(a)(1)(A).

            Respectfully submitted,
            KML Law Group, P.C.

            By: _____
            Rebecca A. Solarz, Esquire
            Suite 5000 – BNY Independence Center
            701 Market Street
            Philadelphia, PA 19106-1532
            (215) 825-6327